# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00207-CV

**Marjorie Green; Mischa Dick; Healthcare Excellence Institute, LLC; and HealthSignal Partners, LLC, Appellants**

**v.**

**Russell Poses, Individually and Derivatively on behalf of Elevate Practice Management, Inc., Appellee**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY, NO. D-1-GN-19-002490, THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants Marjorie Green; Mischa Dick; Healthcare Excellence Institute, LLC; and HealthSignal Partners, LLC have filed an unopposed motion to abate the appeal pending settlement negotiations. We grant the motion and abate this appeal while the parties conclude their settlement discussions. Appellants are ordered to file a status report and/or motion to reinstate the appeal no later than January 10, 2022. Failure to do so may result in the dismissal of the appeal.

It is so ordered on December 10, 2021.

Before Chief Justice Byrne, Justices Triana and Kelly

Abated on Appellants' Motion

Filed: December 10, 2021